1    CENTER FOR DISABILITY ACCESS
     Amanda Seabock, Esq., SBN 289900
2    Chris Carson, Esq., SBN 280048
     Dennis Jay Price, II, Esq., SBN 279082
3    Cara Townsend, Esq., SBN 220356
     8033 Linda Vista Road, Suite 200
4    San Diego, CA 92111
     (858) 375-7385; (888) 422-5191
5    Email: carat@potterhandy.com
6
     Attorneys for Plaintiff
7
8    JEFFER MANGELS BUTLER &
9    MITCHELL LLP
     Martin H. Orlick (Bar No. 083908)
10   Stuart K. Tubis (Bar No. 278278)
     Christopher Whang (Bar No. 316916)
11   Two Embarcadero Center, 5th Floor
12   San Francisco, California 94111-3813
     (415) 398-8080; (415) 398-5584
13   Email: Cwhang@jmbm.com
14
15   Attorney for Defendant

16              UNITED STATES DISTRICT COURT
17             NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  **Brian Whitaker,** | Case No.: 3:21-cv-06590-TSH |
| 20        Plaintiff, | **JOINT STIPULATION AND REQUEST TO FOREGO THE JOINT SITE INSPECTION** |
| 21   v. | |
| 22  **Le Marais Bakery, LLC,** a California Limited Liability Company, | **General Order 56** |
| 23        Defendants. | |
| 24 | Hon. Thomas S. Hixson |

25
26       COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF
27   RECORD, STIPULATE, AS FOLLOWS:
28
     1. WHEREAS, pursuant to the Court's August 26, 2021 Order (Dkt. 5), the

         deadline to hold the joint inspection of the premises is 60 days after service of

complaint;

2. WHEREAS, Defendant was served on October 15, 2021;

3. WHEREAS, deadline to hold the joint inspection of the premises is on February 20, 2022, per order dt. December 15, 2021 (Dkt.10);

4. WHEREAS, Defense counsel has informed Plaintiff's counsel that the business is permanently closed;

5. WHEREAS, the parties wish to forego the joint site inspection required under General Order no. 56 as it is not possible following the closure of the business;

6. WHEREFORE, it is hereby stipulated, subject to the approval of the Court, and which the parties jointly request, that they be relieved from their obligation to conduct the joint site inspection under General Order no. 56.


IT IS SO STIPULATED.


Dated: February 4, 2022          CENTER FOR DISABILITY ACCESS


                                 By: /s/Cara Townsend
                                 Cara Townsend, Esq.
                                 Attorney for Plaintiff

Dated: February 4, 2022          JEFFER MANGELS BUTLER & MITCHELL LLP


                                 By:/s/Christopher Whang
                                 Christopher Whang, Esq.
                                 Attorney for Defendant

1

2

3       **<u>SIGNATURE ATTESTATION</u>**

4

5          I hereby attest that all signatories listed above, on whose behalf this
Stipulation is submitted, concur in the filing's content and have authorized the
filing.

6

7

8

9       Dated: February 4, 2022               CENTER FOR DISABILITY ACCESS

10

11                                            By: <u>/s/Cara Townsend</u>
                                              Cara Townsend, Esq.
12                                            Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28