CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Jay Price, II, Esq., SBN 279082
Cara Townsend, Esq., SBN 220356
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191
Email: carat@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br>v.<br><br>Le Marais Bakery, LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No. 3:21-cv-06590-TSH<br><br>**NOTICE OF INDICATION OF MOOTNESS OF ADA CLAIM FOR INJUNCTIVE RELIEF** |

Defendant has provided sufficient evidence that the subject business is no longer operational and there is no plan for the business to reopen. This suggests Plaintiff's claim for injunctive relief moot.

Dated: March 2, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: /s/Amanda Seabock
                                        Amanda Seabock, Esq.
                                        Attorney for Plaintiff